UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JOHN R. O'DONNELL,

                         Plaintiff,

v.                                              5:05-CV-0713
                                                (NAM/GHL)

UNITED STATES OF AMERICA, EMC MORTGAGE
CORPORATION, PRINCIPAL RESIDENTAL
MORTGAGE, INC., RELIASTAR MORTGAGE
CORPORATION, NEW YORK STATE TAX
COMMISSIONER, NEW YORK STATE GOVERNMENT,

                        Defendants.

APPEARANCES:                                      OF COUNSEL:

JOHN R. O'DONNELL
Plaintiff *Pro Se*
29 Hopkins Road, Apt. 1
Liverpool, New York 13088

HON. GLEN T. SUDDABY                       WILLIAM H. PEASE, ESQ.
United States Attorney for the                 Assistant United States Attorney
  Northern District of New York
Counsel for the United States of America
100 South Clinton Street
Syracuse, New York 13261

HON. ELIOT SPITZER                            MARIA MORAN, ESQ.
Attorney General of the State of New York       Assistant Attorney General
Attorney for the State of New York
615 Erie Boulevard West
Suite 102
Syracuse, New York 13204-2455

REED SMITH LLP                                       ANDREW B. MESSITE, ESQ.
Attorney for Defendant EMC Mortgage Corporation
599 Lexington Avenue
New York, New York 10022

GEORGE H. LOWE, United States Magistrate Judge

**ORDER**

Plaintiff having moved for reconsideration of my Order of September 1, 2005 (Dkt. No. 22), and the County of Onondaga having opposed the motion (Dkt. No. 31), and after due consideration, it is hereby

**ORDERED**, that the motion for reconsideration (Dkt. No. 28) is **DENIED**.

Dated: September 20, 2005
      Syracuse, New York

*/s/ George H. Lowe*
George H. Lowe
United States Magistrate Judge